In the Matter of the Application of SETH M. MILLIKEN, Appellant, for the Vacation or Reduction of an Assessment. THE CITY OF NEW YORK, Respondent.

*Matter of Milliken,* 130 App. Div. 880, affirmed.
(Argued April 26, 1909; decided May 11, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered Janu-

ary 22, 1909, which affirmed an order of Special Term denying a motion to vacate or reduce an assessment on the petitioner's property for the improvement of Edgecombe avenue in the city of New York.

*James P. Davenport* for appellant.

*Francis K. Pendleton,* Corporation Counsel (*Theodore Connoly* and *George L. Sterling* of counsel), for respondent.

Order affirmed, with costs; no opinion.
Concur: GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and CHASE, JJ. Absent: CULLEN, Ch. J.